**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

BRANDY CORNETT,                        :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :        CASE NO.: 1:25-CV-126 (LAG)
                                       :
SUMTER COUNTY, *et al.*,               :
                                       :
    Defendant.                         :
                                       :

## ORDER

On March 3, 2026, the Court entered an Order granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), dismissing Plaintiff's Motion for Enforcement of Settlement Agreement and Motion for Immediate Hearing (Doc. 1), which it construed as a Complaint, and denying Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Enforcement of Settlement Agreement (Doc. 3). (Doc. 4 at 7). The Court concluded the Order by granting Plaintiff leave to amend her Complaint within thirty (30) days of the date of the Order. (*Id.*). The deadline to amend has passed and Plaintiff has not filed an Amended Complaint. (*See* Docket). "The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order." *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curium) (citations omitted). Accordingly, this action is **DISMISSED** for failure to prosecute.

    **SO ORDERED**, this 23rd day of April, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**